```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIA HENG,                             ) | 1:05-cv-0575 DLB |
|                                        ) | |
|            Plaintiff,                  ) | STIPULATION AND ORDER |
|                                        ) | TO EXTEND TIME |
|                                        ) | |
|       v.                               ) | |
|                                        ) | |
| JO ANNE B. BARNHART,                   ) | |
| Commissioner of Social                 ) | |
| Security,                              ) | |
|                                        ) | |
|            Defendant.                  ) | |
| _____         ) | |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from December 13, 2005 to January 17, 2006.

///

///

///

///

///

///

1

This is defendant's first request for an extension of time to respond to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                              Respectfully submitted,

Dated: December 9, 2005

                              /s/ Brian A. Zeiden
                              (as authorized via facsimile)
                              BRIAN A. ZEIDEN, Esquire
                              Attorney for Plaintiff


Dated: December 9, 2005       McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Kimberly A. Gaab
                              KIMBERLY A. GAAB
                              Assistant U.S. Attorney


     IT IS SO ORDERED.

   **Dated:   December 12, 2005**                **/s/ Dennis L. Beck**
3c0hj8                                   UNITED STATES MAGISTRATE JUDGE

2